# CRIMINAL CAUSE FOR STATUS CONFERENCE

Before: **Dora L. Irizarry, U.S.D.J.**   Date: 10/1/2010   Time in Court: 0:08

Docket Number: 10 CR 684

Deft Name: Graciela Pantigozo   # 1
X Present   ___ Not Present   X Custody   ___ Bail

Defense Counsel: Len Kamdang
___ CJA   ___ Retained   X Federal Defenders

A.U.S.A.: David Sarratt   Court Reporter: Marsha Diamond

Interpreter: Carmen Pascual   Deputy Clerk: **Christy Carosella**

X   Status Conference held.

X   Speedy Trial: Code Type **XT**   Start 10/1/10   Stop 10/28/10
___ Order / Waiver Executed & Filed.   X Entered on record.
X In the interest of justice as stated on the record and with consent of parties.

X   Further status conference / Guilty plea set for 10/28/10 @ noon.

Other: Discovery provided. Defendant to be provided w/ proposed plea agreement promptly upon request of counsel. Parties are optimistic that this case will resolve by plea. Adjournment granted to allow plea negotiations to continue. If plea agreement is reached before 10/28/10, parties may proceed before the magistrate judge upon defendant's consent.