UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

       - against -

ANTHONY ONUA,

       Defendant.
- - - - - - - - - - - - - - - - -X

RESTITUTION ORDER

10 CR 258(ILG)

      As part of the sentence imposed in the above-captioned case on defendant ANTHONY ONUA it is hereby ORDERED, as follows:

1. The defendant shall pay restitution to the victims of the offense of conviction, see 18 U.S.C. § 3663A(a)(2), in the amount of $2,704,739.

2. This restitution order is a lien in favor of the United States on all property and rights to property of the defendant, as provided in 18 U.S.C. § 3613(c). The liability to pay the restitution shall terminate as provided by 18 U.S.C. § 3613(b). See also 18 U.S.C. § 3613(f).

3. The names of the victims to whom restitution is owed and the losses sustained by each victim are set forth in the chart below. The defendant is jointly and severally liable with the co-defendants set forth below in the following amounts. To the extent these co-defendants have not yet been convicted or sentenced, such joint and several liability will only apply upon the conviction and sentence of such co-defendants, and this order is without prejudice to any such co-defendants to challenge the restitution amounts set forth herein.

| PROPERTY | VICTIM | Loss | Defendants Jointly and Severally Liable |
|---|---|---|---|
| 714 E 215th Street, Bronx, New York | Fremont Investment & Loan | $26,000 | A. Onua |

| | | | |
|---|---|---|---|
| 1020 Ogden Avenue, Bronx, New York | BNC Mortgage, Inc. | $81,740 | A. Onua<br>M. Shimba<br>J. Vasquez<br>Moises Vasquez |
| 712 E 215th Street, Bronx, New York | Franklin First Financial, Ltd | $91,000 | A. Onua |
| 435 Quincy Street, Brooklyn, NY | WMC Mortgage Corp. | $47,500 | A. Onua<br>M. Shimba<br>A. Ayorinde<br>H. Henry<br>J. Vasquez<br>Moises Vasquez<br>A. Suazo |
| 684 Madison Street, Brooklyn, New York | WMC Mortgage Corp. | $49,000 | A. Onua<br>M. Shimba<br>J. Star<br>J. Vasquez<br>Moises Vasquez<br>A. Suazo |
| 225-05 Murdock Avenue, Queens, New York | WMC Mortgage Corp. | $103,000 | A. Onua<br>J. Star<br>Marisol Vasquez<br>J. Vasquez<br>Moises Vasquez<br>A. Suazo |
| 479 Hancock Street, Brooklyn, New York | Fremont Investment & Loan | $142,500 | A. Onua<br>M. Shimba<br>J. Vasquez<br>Moises Vasquez<br>A. Suazo |
| 1486 Gates Avenue, Brooklyn, New York | Option One Sand Canyon Corporation | $25,250 | A. Onua<br>A. Ayorinde<br>J. Vasquez<br>Moises Vasquez |
| 89 Madison Street, Brooklyn, New York | WMC Mortgage Corp. | $607,500 | A. Onua<br>M. Shimba<br>A. Ayorinde<br>U. Oton<br>H. Henry<br>J. Vasquez<br>Moises Vasquez |
| 574 Maple Street, Brooklyn, New York | WMC Mortgage Corp. | $292,000 | A. Onua<br>A. Ayorinde<br>M. Shimba<br>H. Henry<br>J. Vasquez<br>Moises Vasquez |

| 222 Spencer Street, Brooklyn, New York | ABC Mortgage Services Inc. | $332,499 | A. Onua<br>M. Shimba<br>A. Ayorinde<br>H. Henry<br>Marisol Vasquez<br>Moises Vasquez<br>J. Vasquez |
|---|---|---|---|
| 1551 Eastern Parkway, Brooklyn, New York | Mortgage It, Inc. | $219,250 | A. Onua<br>A. Ayorinde<br>J. Vasquez<br>Moises Vasquez<br>A. Suazo |
| 48 Adelphi Street, Brooklyn, New York | Mortgage It, Inc. | $500,000 | A. Onua<br>A. Ayorinde<br>H. Henry |
| 833 E 224th Street, Bronx, New York | Transtar Corp. | $5,500 | A. Onua |
| 932 E 217th Street, Bronx, New York | Fremont Investment & Loan | $83,250 | A. Onua |
| 157 Rogers Avenue, Brooklyn, New York | One West Bank Corporate Legal | $5,500 | A. Onua<br>A. Ayorinde |
| 3661 Bronxwood Avenue, Bronx, New York | Nationstar Mortgage, LLC | $93,250 | A. Onua<br>A. Ayorinde |
| | | | **$2,704,739 TOTAL** |

The addresses of each of these victims are on file with the United States Probation Department.

5. To the extent that the restitution remains unpaid:

   a. While incarcerated, the defendant shall pay, through the Bureau of Prison's Inmate Financial Responsibility Program, $25.00 per quarter; and

   b. While under the supervision of the United States Probation Office, the defendant shall pay at least 10% of his gross monthly income.

   The amounts set forth in subparagraphs a. and b. above are subject to subsequent revision by the Court as provided by 18 U.S.C. § 3664(k).

5. The defendant shall notify the Court and the

3

United States Attorney of any material change in
the defendant's economic circumstances that might
affect the defendant's ability to pay restitution.
See 18 U.S.C. § 3664(k). In addition, as a
condition of supervised release, the defendant
shall make complete and periodic financial
disclosure as directed by the Court in
consultation with United States Probation
Department.

6. If the defendant knowingly fails to pay
the restitution required by this Order or by law
he will be subject to one or more of the actions
permitted by 18 U.S.C. §§ 3613A (Effect of
Default) including re-sentencing pursuant to 18
U.S.C. § 3614. See also 18 U.S.C. § 3615
(Criminal Default).

7. Payment of the restitution shall be made to the
Clerk of the Court for the Eastern District of New
York. Any restitution funds paid by the defendant
pursuant to this Order shall be distributed by the
Clerk of the Court to each victim identified
above, following a pro rata distribution.

8. This Order is entered after the Court has fully
considered the factors set forth in 18 U.S.C. §§
3663 and 3664 that are applicable to this
defendant.

9. This Order is part of the sentence and shall be
included in the judgment.

Dated: Brooklyn, New York
September 22, 2011

S/ILG

_____
HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

4



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| DAS | *271 Cadman Plaza East* |
| F.#2010R00022 | *Brooklyn, New York 11201* |

September 20, 2011

**BY HAND & ECF**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Anthony Onua
           Criminal Docket No. 10-258 (ILG)

Dear Judge Glasser:

      On July 8, 2011, this Court sentenced the defendant in the above-captioned case to a term of imprisonment of five years, and imposed restitution in the amount of $2,704,739.00. The Court granted the parties' request to submit a proposed restitution order, setting forth the restitution to specific victims and taking into account joint and several liability between Onua and his co-defendants.

      The government and the defendant have agreed upon the enclosed proposed restitution order, which the parties respectfully request that the Court endorse.

                              Respectfully Submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                  By:   /s/Daniel Spector
                        Daniel A. Spector
                        Assistant U.S. Attorney
                        (718) 254-6345

cc: Clerk of Court (ILG)
    Gary Villanueva, Esq.